[No. 15039–1–I.   Division One.   March 31, 1986.]

*In the Matter of the Marriage of* DOUGLAS R. SMITH, *Appellant, and* CAROL ANN WILCOX, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit County, No. 42038, Harry A. Follman, J., entered June 11, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Webster, J.

[No. 7605–5–II.   Division Two.   March 31, 1986.]

MICHAEL LEE LOVETT, *Appellant,* v. CECELIA SORRELLS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 83–2–01002–6, E. Albert Morrison, J., entered January 20, 1984. *Reversed* and *remanded* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 7505–9–II.   Division Two.   March 31, 1986.]

CAROLYN A. BARNUM, *Appellant,* v. THE DEPARTMENT OF EMPLOYMENT SECURITY, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 82–2–01316–9, Don L. McCulloch, J., entered December 29, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.